# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-0421
LT Case No. 19-CA-007384
_____

BRUCE EDWARD MCCRAY, JR.,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____


On appeal from the Circuit Court for Duval County.
Robert M. Foster, Judge.

Matthew J. Metz,, Public Defender, and Joseph Chloupek,
Assistant Public Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and David Welch,
Assistant Attorney General, Daytona Beach, for Appellee.

February 13, 2024


PER CURIAM.

    AFFIRMED.

WALLIS, LAMBERT, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____